1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LIEM NGUYEN, an individual; CASSANDRA ELLIOTT, an individual; BRYAN NGUYEN, an individual; and WILSON NAVARRO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BUENA PARK, a California municipal corporation; ADRIA M. JIMINEZ, City Clerk, an individual, in her official capacity; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 8:20-cv-00348 JLS (ADS)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ACTION**<br><br>**Courtroom: 10A** |

Having considered the Parties' Stipulation For Dismissal With Prejudice of Entire Action (Doc. 34), the Court hereby GRANTS the parties' Stipulation and dismisses this action with prejudice. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: December 29, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT